**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2114**

In Re:  ROBERT PADULA; DEBORAH PADULA,

        Debtors.

---------------------------------------

VPSI, INC.,

        Plaintiff – Appellant,

    v.

DEBORAH PADULA,

        Defendant - Appellee.

---------------------------------------

NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS,

        Amicus Supporting Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Anthony J. Trenga, District Judge.  (1:15-cv-00612-AJT-IDD; 11-12985-BFK; 11-01456-BFK)

Submitted:  April 28, 2016              Decided:  June 9, 2016

Before DIAZ and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Heather S. Deane, Adam D. Michel, BONNER, KIERNAN, TREBACH & CROCIATA, LLP, Washington, D.C., for Appellant. John T. Donelan, LAW OFFICE OF JOHN T. DONELAN, Alexandria, Virginia, for Appellee. Tara Twomey, NATIONAL ASSOCIATION OF CONSUMER BANKRUPTCY ATTORNEYS, J. Erick Heath, On Brief, San Jose, California, for Amicus Curiae.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

VPSI, Inc., appeals the district court's order affirming the bankruptcy court's order granting the debtor's motion for authorization to pursue a state court personal injury suit. We have reviewed the record included on appeal, as well as the parties' briefs, and find no reversible error. Accordingly, we affirm for the reasons stated by the courts below. See VPSI, Inc. v. Padula, No. 1:15-cv-00612-AJT-IDD (E.D. Va. Aug. 21, 2015); No. 11-12985-BFK (E.D. Va. Apr. 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED